**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| CINDY MORALES, | * | |
| Plaintiff | * | |
| v. | * | Case No.: _____ |
| LYFT, INC., *et al.*, | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANTS' JOINT NOTICE OF REMOVAL OF ACTION**
**PURSUANT TO 28 U.S.C. § 1441(b) DIVERSITY**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT Defendants, Lyft, Inc. ("Defendant Lyft"), by and through its attorneys, R. Scott Krause, and Lewis Brisbois Bisgaard & Smith, LLP, and Estate of Waqas Tahir Khan ("Defendant Khan"), by and through its attorneys, Arthur P. Caltrider, Jr., and Bodie, Dolina, Hobbs, Friddell & Grenzer, P.C., hereby remove to this Court the State Court action described below pursuant to diversity jurisdiction under 28 U.S.C. § 1441(b):

1.      On March 1, 2020, Plaintiff commenced a civil action for alleged negligence and respondeat superior in the Circuit Court for Montgomery County, Maryland, captioned *Cindy Morales v. Lyft, Inc., et al.*, Case No. C-15-CV-22-002102.

2.      As required by 28 U.S.C. § 1446(a), copies of the following process, pleadings and orders are attached hereto: Plaintiff's Complaint and Civil Case Information Report are attached hereto as Exhibit A; Plaintiff's Discovery Requests are attached hereto as Exhibit B; the Writ of Summons issued to Defendant Lyft is attached hereto as Exhibit C; the Notice of new case number is attached hereto as Exhibit D; the Scheduling Notice and Order of Court are attached hereto as

1

Exhibit E; a copy of the State Court Docket is attached hereto as <u>Exhibit F</u>; and the Amended Affidavit of Service on Defendant Lyft is attached hereto as <u>Exhibit G</u>.

3.      Defendant Lyft was served with a copy of the Complaint and Writ of Summons on June 22, 2022. *See*, <u>Exhibit G</u>.

4.      Defendant, Estate of Waqas Tahir Khan ("Defendant Khan"), was served with a copy of the Complaint and Writ of Summons, which is reflected on the State Court docket entries on or about July 18, 2022.

5.      The Affidavit of Service on Defendant Khan reflects that he was served Khan on July 13, 2022.

6.      This Notice of Removal is thus filed within thirty (30) days of the date of service on Defendants and, therefore, the Notice is timely pursuant to 28 U.S.C. § 1446(b).

7.      This Notice of Removal is filed within one (1) year of the commencement of the action in State Court and, therefore, the Notice is also timely pursuant to 28 U.S.C. § 1446(c).

8.      This civil action is subject to removal to this Court by Defendant Lyft and Defendant Khan pursuant to 28 U.S.C. § 1332, § 1441(b) and § 1446, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9.      Complete diversity of citizenship exists.  As stated in the Complaint, Plaintiff is a resident of the State of Maryland.  As also stated in the Complaint, Defendant Khan is a resident of Dumfries in the Commonwealth of Virginia and Defendant Lyft was incorporated in the State of Delaware with its principal office in the State of California.  A copy of the Maryland State Department of Assessments and Taxation data for Lyft, Inc. is attached hereto as <u>Exhibit H</u>.

10.     Defendant Khan consents and joins this Notice of Removal.

11.    In the Complaint, Plaintiffs seek damages "in excess of Seventy Five Thousand Dollars ($75,000.00)." Thus, the amount in controversy for diversity jurisdiction is satisfied.

12.    Removal to the Southern District of the United States District Court for the District of Maryland is proper under 28 U.S.C. § 1441(a), as the State Court action is venued in Montgomery County, Maryland and the alleged acts giving rise to the claim occurred in Montgomery County, Maryland.

13.    Pursuant to 28 U.S.C. § 1446(d), with the filing of this Notice of Removal, Defendant Lyft has taken necessary steps to provide written notice of removal to Plaintiffs' Counsel and to file a Notice of Filing Notice of Removal in the Circuit Court for Montgomery County. A true and accurate copy of the Notice of Filing Notice of Removal to be filed in the Circuit Court for Montgomery County is attached hereto as Exhibit I.

WHEREFORE, Defendants, Lyft, Inc. and Estate of Waqas Tahir Khan, respectfully remove the State Court action to this Court.

Respectfully submitted,


/s/ R. Scott Krause
R. Scott Krause, Bar No. 23667
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6397
Facsimile: 410.779.3910
E-mail: Scott.Krause@lewisbrisbois.com

Attorney for Defendant, Lyft, Inc.


/s/ Arthur P. Caltrider
Arthur P. Caltrider, Jr., Bar No. 02399
Bodie, Dolina, Hobbs, Friddell & Grenzer, P.C.
305 Washington Avenue, Ste. 300
Towson, Maryland 21204

Telephone: 410.823.1250
E-mail: acaltrider@bodie-law.com

*Attorneys for Defendant, Estate of Waqas Khan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of July, 2022, a copy of the foregoing Joint Notice of Removal of Action Under 28 U.S.C. § 1441(b) Diversity was filed electronically via CM/ECF, with a copy mailed by first class mail, postage prepaid to:

James R. Hoffman, Esquire
Jezic & Moyse, LLC
2730 University Blvd., West, Ste. 604
Wheaton, Maryland 20902
*Attorney for Plaintiffs*

Arthur P. Caltrider, Jr., Esq.
Bodie, Dolina, Hobbs, Friddell & Grenzer, P.C.
305 Washington Avenue, Ste. 300
Towson, Maryland 21204
*Attorney for Estate of Waqas Tahir Khan*

 */s/ R. Scott Krause*
R. Scott Krause