# EXHIBIT B

IN THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY

| | |
|---|---|
| CINDY MORALES, | : |
| *Plaintiff,* | : |
| vs. | : Case No.: C-15-CV-22-002102 |
| ESTATE OF WAQAS TAHIR KHAN, *et al.*, | : |
| *Defendants* | : |

### PLAINTIFF'S INTERROGATORIES TO DEFENDANT LYFT, INC.

To: LYFT, INC.
2300 Harrison Street
San Francisco, CA 94110

Serve: Corporation Trust, Inc.
2405 York Road, Suite 201
Lutherville-Timonium, MD 21093-22464

From: CINDY MORALES
C/O James R. Hoffmann, Jr.
JEZIC & MOYSE, LLC
2730 University Blvd. West, Suite 604
Wheaton, Maryland 20902

Plaintiff, pursuant to Maryland Rule 3-421, propounds the following Interrogatories upon the above-named Defendant who is to answer each separately under oath in accordance with the Maryland Rules and the following instructions.

### INSTRUCTIONS AND DEFINITIONS

A.  These Interrogatories are continuing in character, so as to require you to supplement your response if you subsequently obtain further or different information, documents or tangible objects before trial.

IN THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY

CINDY MORALES, :
:
    *Plaintiff,* :
:
vs. : Case No.: C-15-CV-22-002102
:
ESTATE OF WAQAS TAHIR KHAN, :
*Et al.*, :
:
    *Defendants.* :

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LYFT, INC.

To:   LYFT, INC.
       2300 Harrison Street
       San Francisco, CA 94110

       Serve:  Corporation Trust, Inc.
                2405 York Road, Suite 201
                Lutherville-Timonium, MD 21093-22464

From: CINDY MORALES
        C/O   James R. Hoffmann, Jr.
               JEZIC & MOYSE, LLC
               2730 University Blvd. West, Suite 604
               Wheaton, Maryland 20902

Pursuant to Maryland Rule 2-422, you are required to file within (30) days a written response to each request and to produce those documents for inspection and copying in the officer of James R. Hoffmann, Jr., Esq. and Jezic & Moyse, LLC, 2730 University Boulevard West, Suite 604, Wheaton, Maryland 20902-1975.

## INSTRUCTIONS

(a)    In accordance with Rule 2-422(c), your written response "shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified."

(b)    In accordance with Rule 2-422(d), the documents shall be produced "as they are kept in the usual course of business," or you "shall organize and label them to correspond with the categories in the request."

IN THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY

CINDY MORALES, :
:
*Plaintiff,* :
:
vs. : Case No.: C-15-CV-22-002102
:
ESTATE OF WAQAS TAHIR KHAN, :
*Et al.,* :
:
*Defendants.* :

## PLAINTIFF'S INTERROGATORIES
## TO DEFENDANT ESTATE OF WAQAS TAHIR KHAN

To:  ESTATE OF WAQAS TAHIR KAHN
     Serve on: Andleeb Khan, Personal Representative
     15607 Northgate Drive
     Dumfries, VA 22025

From: CINDY MORALES
      C/O  James R. Hoffmann, Jr.
           JEZIC & MOYSE, LLC
           2730 University Blvd. West, Suite 604
           Wheaton, Maryland 20902

Plaintiff, pursuant to Maryland Rule 2-421, propounds the following Interrogatories upon the above-named Defendant who is to answer each separately under oath in accordance with the Maryland Rules and the following instructions.

## INSTRUCTIONS AND DEFINITIONS

A.  These Interrogatories are continuing in character, so as to require you to supplement your response if you subsequently obtain further or different information, documents or tangible objects before trial.

B.  "Identify", "identity" or "identification" when used in reference to an individual person, company or other entity means to state the full name and present address, and in the case of a person his or her business affiliation, and when such words are used in reference to a

1

IN THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY

CINDY MORALES,

    *Plaintiff,*

vs.                                          Case No.: C-15-CV-22-002102

ESTATE OF WAQAS TAHIR KHAN,
*Et al.*,

    *Defendants.*

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ESTATE OF WAQAS TAHIR KAHN

To:    ESTATE OF WAQAS TAHIR KHAN
        c/o Andleeb Khan, Personal Representative of the Estate of Waqas Tahir Khan
        15607 Northgate Drive
        Dumfries, VA 22025

From: CINDY MORALES
         C/O   James R. Hoffmann, Jr.
                  JEZIC & MOYSE, LLC
                  2730 University Blvd. West, Suite 604
                  Wheaton, Maryland 20902

       Pursuant to Maryland Rule 2-422, you are required to file within 30 days after service, or within 15 days after the date on which a responsive pleading or motion is due, whichever is later, a written response to each request and to produce those documents for inspection and copying in the officer of James R. Hoffmann, Jr., Esq. and Jezic & Moyse, LLC, 2730 University Boulevard West, Suite 604, Wheaton, Maryland 20902-1975.

## INSTRUCTIONS

(a)     In accordance with Rule 2-422(c), your written response "shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified."

(b)     In accordance with Rule 2-422(d), the documents shall be produced "as they are kept in the usual course of business," or you "shall organize and label them to correspond with the categories in the request."

Respectfully submitted,

_____
James R. Hoffmann, Jr.
JEZIC & MOYSE, LLC
2730 University Boulevard West, Suite 604
Wheaton, Maryland 20902
(240) 292-7200
(240) 292-7225 (Fax)
jhoffmann@jezicfirm.com
*Counsel for Plaintiff*

**SERVED WITH SUMMONS AND COMPLAINT**